813 A.2d 641

**James DUFFY, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2002.

Decided Dec. 27, 2002.

Timothy P. Wile, Harold H. Cramer, Andrew S. Gordon, James M. Sheehan, Harrisburg, for appellant, Bureau of Driver Licensing.

John S. Carnes, West Chester, for appellee, James Duffy.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. *See Bass v. Commonwealth,* 485 Pa. 256, 401 A.2d 1133 (1979).